IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH P.,                                          Case No. 3:11-cv-06146-MA

                Plaintiff,                         STIPULATED ORDER OF DISMISSAL

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

MARSH, Judge

On July 12, 2018, the parties filed a Stipulated Motion to Dismiss this case. ECF No. 6. On January 9, 2012, the Court remanded this action to the Commissioner for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 5. The parties, acting through their respective counsel, now have advised the court that on remand, the Commissioner issued an unfavorable decision on April 22, 2013, and that Plaintiff Kenneth P.[1] no longer wishes to pursue this action. *See* Stipulated Mot. Dismiss. ECF No. 6. In their motion, the parties seek entry of the Commissioner's final decision, which is filed as Attachment 1 to the parties' Stipulation. *See*

---

[1] In the interest of privacy, this order uses only the first name and initial of the last name of the non-governmental party in this case.

1 - STIPULATED ORDER OF DISMISSAL

Attach. 1, ECF No. 6-1. Based on Plaintiff's decision to not pursue this action and the parties' stipulated motion filed with the Court, the Commissioner's final decision is hereby AFFIRMED and this matter is closed. Accordingly, the parties' Stipulated Motion to Dismiss (ECF No. 6) is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 12 day of JULY, 2018.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge